**SO ORDERED.**

**Dated: March 25, 2011**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-04989

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gary Wells Jones, II<br>        Debtor.<br>_____<br>HSBC Bank USA, National Association, as Trustee for the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1<br>        Movant,<br>  vs.<br><br>Gary Wells Jones, II, Debtor, William E. Pierce, Trustee.<br><br>        Respondents. | No. 2:11-BK-03755-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 20, 2004 and recorded in the office of the Yavapai County Recorder wherein HSBC Bank USA, National Association, as Trustee for the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1 is the current beneficiary and Gary Wells Jones, II has an interest in, further described as:

> LOT 2952, VERDE VILLAGE, UNIT SIX, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE YAVAPAI COUNTY RECORDER IN BOOK 15 OF MAPS, PAGE 39 AND SCRIVENER'S ERROR RECORDED NOVEMBER 14, 1984 IN BOOK 1677 OF OFFICIAL RECORDS, PAGE 20, EXCEPTING ALL OIL, MINERALS, ORE AND METALS AS RESERVED IN THE DEED RECORDED IN BOOK 187 OF DEEDS, PAGES 331-333
> ICity] ,Arizona 86326

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against the Debtor if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.